## (August 12, 1982)

■ GENEVIEVE LECHIEN, Appellant, v PIERRE TILMANS, Respondent. — Appeal from order, Family Court, New York County (Eastman, J.), entered on March 17, 1981, withdrawn. Concur — Kupferman, J. P., Sandler, Carro, Lupiano and Milonas, JJ.